# U.S. District Court [LIVE]
## Western District of Texas (Midland)
## CIVIL DOCKET FOR CASE #: 7:25–cv–00181–DC–DTG

| | |
|---|---|
| Intent IQ, LLC v. Snap Inc. | Date Filed: 04/18/2025 |
| Assigned to: Judge David Counts | Jury Demand: Plaintiff |
| Referred to: Judge Derek T. Gilliland | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Intent IQ, LLC**                     represented by     **Adam Hoffman**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310)826–7474
Fax: (310)826–6991
Email: ahoffman@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian D. Ledahl**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: bledahl@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel B Kolko**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: dkolko@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Milkey**
Russ August & Kabat
12424 Wilshire Blvd.
Ste 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: jmilkey@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James S. Tsuei**

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: jtsuei@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Ma**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: jma@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Scheufler**
Russ August & Kabat
12424 Wilshire Blvd
Ste 12 Floor
Los Angeles, CA 90025
713–444–4722
Email: jscheufler@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: mafenster@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip X. Wang**
Russ August & Kabat
12424 Wilshire Blvd
12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: pwang@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Yates Tull**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310–826–7474

Email: stull@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: rmirzaie@raklaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AlmondNet, Inc.**                    represented by   **Adam Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Hoffman**
Adam Hoffman, PLLC
425 Austin Avenue
Suite 104
Waco, TX 76701
(254) 714–0750
Fax: (254) 714–0783
Email: adhoffman@protonmail.com
*TERMINATED: 03/30/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian D. Ledahl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Milkey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James S. Tsuei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Ma**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Scheufler**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip X. Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel B Kolko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Snap Inc.**                          represented by  **Daniel N. Yannuzzi**
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130
858−720−8900
Fax: 858−509−3691
Email: dyannuzzi@sheppardmullin.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Haleigh Ann Hashem**
Haltom & Doan
2900 St. Michael Dr.
Ste. 500
Texarkana, TX 75503
903−255−1000
Email: hhashem@haltomdoan.com
*TERMINATED: 08/04/2025*
*ATTORNEY TO BE NOTICED*

**Jennifer Klein Ayers**
Sheppard Mullin Richter & Hampton LLP
2200 Ross Avenue,
20th Floor
Dallas, TX 75201
469−391−7400
Fax: 469−391−7401
Email: jayers@sheppardmullin.com
*ATTORNEY TO BE NOTICED*

**Jennifer A. H. Doan**
Haltom & Doan
2900 St. Michael Dr.
Suite 500
Texarkana, TX 75503
903−255−1000
Fax: 903−255−0800
Email: jdoan@haltomdoan.com
*ATTORNEY TO BE NOTICED*

**Joshua R. Thane**
Haltom & Doan
2900 St. Michael Dr.
Suite 500
Texarkana, TX 75503
903−255−1000
Email: jthane@haltomdoan.com
*ATTORNEY TO BE NOTICED*

**Mariah Leigh Hornok**
Haltom & Doan
2900 St. Michael Dr., Suite 500
Texarkana, TX 75503
903−255−1000
Email: mhornok@haltomdoan.com
*ATTORNEY TO BE NOTICED*

**Steven G. Schortgen**
Sheppard Mullin Richter & Hampton LLP
2200 Ross Avenue
20th Floor
Dallas, TX 75201
469−391−7409
Fax: 469−391−7401
Email: sschortgen@sheppardmullin.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2025 | Ï 1 | COMPLAINT *FOR PATENT INFRINGEMENT* ( Filing fee $ 405 receipt number ATXWDC−20066018), filed by Intent IQ, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet)(Mirzaie, Reza) (Attachment 3 replaced with flattened version on 4/22/2025) (jb3). Modified on 4/22/2025 (jb3). (Entered: 04/18/2025) |
| 04/18/2025 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by Intent IQ, LLC. (Mirzaie, Reza) (Entered: 04/18/2025) |
| 04/18/2025 | Ï 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Mirzaie, Reza) (Entered: 04/18/2025) |
| 04/18/2025 | Ï 4 | NOTICE *of Related Cases* by Intent IQ, LLC re 1 Complaint (Mirzaie, Reza) (Entered: 04/18/2025) |
| 04/18/2025 | Ï 5 | |

| | | |
|---|---|---|
| | | RULE 7 DISCLOSURE STATEMENT filed by Intent IQ, LLC. (Mirzaie, Reza) (Entered: 04/18/2025) |
| 04/18/2025 | Ï | Case assigned to Judge David Counts **pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases, filed 7/25/2022**. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (jb3) (Entered: 04/22/2025) |
| 04/22/2025 | Ï 6 | Summons Issued as to Snap Inc. (jb3) (Entered: 04/22/2025) |
| 04/23/2025 | Ï 7 | ORDER AND ADVISORY. CASE REFERRED to Magistrate Judge Derek T. Gilliland. Signed by Judge David Counts. (jb3) (Entered: 04/23/2025) |
| 05/02/2025 | Ï 8 | SUMMONS Returned Executed by Intent IQ, LLC. Snap Inc. served on 4/25/2025, answer due 5/16/2025. (Mirzaie, Reza) (Entered: 05/02/2025) |
| 05/05/2025 | Ï 9 | NOTICE of Attorney Appearance by Jennifer A. H. Doan on behalf of Snap Inc.. Attorney Jennifer A. H. Doan added to party Snap Inc.(pty:dft) (Doan, Jennifer) (Entered: 05/05/2025) |
| 05/05/2025 | Ï 10 | NOTICE of Attorney Appearance by Haleigh Ann Hashem on behalf of Snap Inc.. Attorney Haleigh Ann Hashem added to party Snap Inc.(pty:dft) (Hashem, Haleigh) (Entered: 05/05/2025) |
| 05/05/2025 | Ï 11 | Unopposed MOTION for Extension of Time to File Answer by Snap Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Doan, Jennifer) (Entered: 05/05/2025) |
| 05/07/2025 | Ï 12 | ORDER GRANTING 11 Motion for Extension of Time to Answer ; Snap Inc. answer due 6/30/2025. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 05/08/2025) |
| 06/30/2025 | Ï 13 | MOTION to Dismiss by Snap Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Doan, Jennifer) (Entered: 06/30/2025) |
| 07/02/2025 | Ï 14 | NOTICE of Attorney Appearance by Steven G. Schortgen on behalf of Snap Inc. (Schortgen, Steven) (Entered: 07/02/2025) |
| 07/02/2025 | Ï 15 | NOTICE of Attorney Appearance by Jennifer Klein Ayers on behalf of Snap Inc. (Ayers, Jennifer) (Entered: 07/02/2025) |
| 07/07/2025 | Ï 16 | Unopposed MOTION for Extension of Time to File Response/Reply as to 13 MOTION to Dismiss by Intent IQ, LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Mirzaie, Reza) (Entered: 07/07/2025) |
| 07/07/2025 | Ï | DEFICIENCY NOTICE: re 16 Unopposed MOTION for Extension of Time to File Response/Reply as to 13 MOTION to Dismiss : Judge's signature block not on proposed order. Please correct and refile motion. This motion will not be forwarded to the assigned judge for consideration and will be terminated. (kg) (Entered: 07/07/2025) |
| 07/07/2025 | Ï 17 | Unopposed MOTION for Extension of Time to File Response/Reply as to 13 MOTION to Dismiss by Intent IQ, LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Mirzaie, Reza) (Entered: 07/07/2025) |
| 07/10/2025 | Ï 18 | RULE 7 DISCLOSURE STATEMENT filed by Snap Inc. identifying Other Affiliate FMR LLC, Other Affiliate Tencent Holdings Limited for Snap Inc.. (Doan, Jennifer) (Entered: 07/10/2025) |
| 07/10/2025 | Ï 19 | ORDER GRANTING 17 Plaintiff's First Motion for Extension of Time to File Response. Signed by Judge Derek T. Gilliland. (sg) (Entered: 07/11/2025) |
| 07/28/2025 | Ï 20 | |

| | | |
|---|---|---|
| | | Response in Opposition to Motion, filed by Intent IQ, LLC, re 13 MOTION to Dismiss filed by Defendant Snap Inc. (Attachments: # 1 Exhibit 1)(Mirzaie, Reza) (Entered: 07/28/2025) |
| 07/31/2025 | 21 | MOTION for Extension of Time to File Response/Reply as to 20 Response in Opposition to Motion *to Dismiss* by Snap Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Doan, Jennifer) (Entered: 07/31/2025) |
| 08/01/2025 | 22 | Unopposed MOTION to Withdraw as Attorney *Haleigh Hashem* by Snap Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hashem, Haleigh) (Entered: 08/01/2025) |
| 08/04/2025 | 23 | ORDER GRANTING 22 Motion to Withdraw as Attorney. Signed by Judge Derek T. Gilliland. (ktm) (Entered: 08/05/2025) |
| 08/05/2025 | 24 | ORDER GRANTING 21 Motion for Extension of Time to File Response/Reply Signed by Judge Derek T. Gilliland. (ktm) (Entered: 08/05/2025) |
| 08/14/2025 | 25 | REPLY to Response to Motion *13 MOTION to Dismiss by Snap Inc. – DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS* (Doan, Jennifer) (Entered: 08/14/2025) |
| 08/15/2025 | 26 | ORDER Setting/Resetting Initial Pretrial Conference Initial Pretrial Conference set for **9/24/2025 02:00 PM** in Waco before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (ktm) (Entered: 08/15/2025) |
| 09/02/2025 | 27 | NOTICE of Attorney Appearance by Mariah Leigh Hornok on behalf of Snap Inc.. Attorney Mariah Leigh Hornok added to party Snap Inc.(pty:dft) (Hornok, Mariah) (Entered: 09/02/2025) |
| 09/10/2025 | 28 | MOTION to Appear Pro Hac Vice by Daniel B Kolko *for Susan Tull* ( Filing fee $ 100 receipt number ATXWDC–20703041) by on behalf of Intent IQ, LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Kolko, Daniel) (Entered: 09/10/2025) |
| 09/11/2025 | 29 | ORDER GRANTING 28 Motion to Appear Pro Hac Vice for Attorney Susan Tull for Intent IQ, LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (ktm) (Entered: 09/11/2025) |
| 09/12/2025 | 30 | Opposed MOTION to Transfer Case *Under 28 U.S.C. § 1404(a)* by Snap Inc.. (Attachments: # 1 Affidavit Declaration of Arun Muralidharan in Support of Snap's Motion to Transfer Venue, # 2 Affidavit Declaration of Dominique Combs in Support of Snap's Motion to Transfer Venue, # 3 Exhibit A to Combs Declaration, # 4 Exhibit B to Combs Declaration, # 5 Exhibit C to Combs Declaration, # 6 Exhibit D to Combs Declaration, # 7 Exhibit E to Combs Declaration, # 8 Exhibit F to Combs Declaration, # 9 Exhibit G to Combs Declaration, # 10 Exhibit H to Combs Declaration, # 11 Exhibit I to Combs Declaration, # 12 Exhibit J to Combs Declaration, # 13 Exhibit K to Combs Declaration, # 14 Exhibit L to Combs Declaration). Motions referred to Judge Derek T. Gilliland. (Ayers, Jennifer) (Entered: 09/12/2025) |
| 09/15/2025 | 31 | **\*\*\*MOOTED per Text Order 10/15/2025\*\*\*** Agreed MOTION *TO EXTEND DEADLINE TO SUBMIT PROPOSED SCHEDULING ORDER* by Snap Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Doan, Jennifer) Modified on 10/15/2025 (slt). (Entered: 09/15/2025) |
| 09/16/2025 | 32 | AMENDED COMPLAINT *FOR PATENT INFRINGEMENT* against Snap Inc. amending 1 Complaint,., filed by Intent IQ, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Mirzaie, Reza) (Entered: 09/16/2025) |
| 09/17/2025 | 33 | Rule 26(f) Discovery Report/Case Management Plan by Intent IQ, LLC. (Attachments: # 1 Proposed Order)(Kolko, Daniel) (Entered: 09/17/2025) |

| 09/18/2025 | 34 | Proposed Scheduling Order *Corrected Proposed Scheduling Order re 33* by AlmondNet, Inc., Intent IQ, LLC. (Kolko, Daniel) (Entered: 09/18/2025) |
|---|---|---|
| 09/19/2025 | 35 | ORDER CANCELLING INITIAL PRETRIAL CONFERENCE HELD IN PERSON. Signed by Judge Derek T. Gilliland. (ktm) (Entered: 09/19/2025) |
| 09/26/2025 | 36 | NOTICE *of Venue Discovery* by AlmondNet, Inc., Intent IQ, LLC (Kolko, Daniel) (Entered: 09/26/2025) |
| 10/07/2025 | 37 | SCHEDULING ORDER: Pretrial Conference set for **7/16/2027 at 01:30 PM** in Waco before Judge Derek T. Gilliland, Jury Selection/Jury Trial set for **8/2/2027 at 08:00 AM** in Midland before Judge David Counts, Markman Hearing set for **5/29/2026 at 09:00 AM** in Waco before Judge Derek T. Gilliland, Fact Discovery due by **1/15/2027**, Dispositive Motions due by **4/9/2002**. Signed by Judge Derek T. Gilliland. (slt) (Entered: 10/07/2025) |
| 10/14/2025 | 38 | Motion to Dismiss for Failure to State a Claim by Snap Inc... Motions referred to Judge Derek T. Gilliland. (Ayers, Jennifer) (Entered: 10/14/2025) |
| 10/15/2025 | Ï | Text Order MOOTING 31 Motion to Extend Deadline to Submit Proposed Scheduling Order as the proposed dates have passed and the scheduling order has been entered (Dkt. No. 37). Entered by Judge Derek T. Gilliland. (This is a text–only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 10/15/2025) |
| 10/24/2025 | 39 | Unopposed MOTION for Extension of Time to File Response/Reply as to 38 Motion to Dismiss for Failure to State a Claim by AlmondNet, Inc., Intent IQ, LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Kolko, Daniel) (Entered: 10/24/2025) |
| 10/27/2025 | 40 | ORDER GRANTING 39 Motion for Extension of Time to File Response/Reply. It is ORDERED that the plaintiffs, AlmondNet, Inc. and Intent IQ, LLC, shall respond tothe defendants motion to dismiss on or before **November 18, 2025**. Signed by Judge Derek T. Gilliland. (slt) (Entered: 10/27/2025) |
| 11/04/2025 | 41 | MOTION to Appear Pro Hac Vice by Jennifer Klein Ayers *for Daniel N. Yannuzzi* ( Filing fee $ 100 receipt number ATXWDC–20932951) by on behalf of Snap Inc... Motions referred to Judge Derek T. Gilliland. (Ayers, Jennifer) (Entered: 11/04/2025) |
| 11/05/2025 | 42 | ORDER GRANTING 41 Motion to Appear Pro Hac Vice for Attorney Daniel N. Yannuzzi for Snap Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (kg) (Entered: 11/05/2025) |
| 11/18/2025 | 43 | Response in Opposition to Motion, filed by AlmondNet, Inc., Intent IQ, LLC, re 38 Motion to Dismiss for Failure to State a Claim filed by Defendant Snap Inc. (Attachments: # 1 Affidavit of James A. Milkey, # 2 Exhibit 1, # 3 Exhibit 2)(Milkey, James) (Entered: 11/18/2025) |
| 11/20/2025 | 44 | Amended MOTION to Transfer Case *Under 28 U.S.C. § 1404(a)* by Snap Inc.. (Attachments: # 1 Declaration of Arun Muralidharan, # 2 Declaration of Anirudh Venkatesh, # 3 Declaration of Dominique Combs, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L). Motions referred to Judge Derek T. Gilliland. (Doan, Jennifer) (Entered: 11/20/2025) |
| 11/21/2025 | 45 | Unopposed MOTION for Extension of Time to File Response/Reply as to 38 Motion to Dismiss for Failure to State a Claim by Snap Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Doan, Jennifer) (Entered: 11/21/2025) |
| 11/25/2025 | 46 | Unopposed MOTION for Extension of Time to File Response/Reply as to 44 Amended MOTION to Transfer Case *Under 28 U.S.C. § 1404(a)* by AlmondNet, Inc., Intent IQ, LLC. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Kolko, Daniel) (Entered: 11/25/2025) |
| 11/25/2025 | 47 | ORDER GRANTING 45 Motion for Extension of Time to File Response/Reply. Defendant shall reply to the plaintiffs response on or before December 5, 2025. Signed by Judge Derek T. Gilliland. (slt) (Entered: 11/25/2025) |
| 11/26/2025 | Ï | Text Order MOOTING 30 Motion to Transfer Case entered by Judge Derek T. Gilliland. This motion is moot in light of the amended motion (Dkt. No. 44). (This is a text−only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 11/26/2025) |
| 11/26/2025 | 48 | ORDER GRANTING PLAINTIFFS UNOPPOSED FIRST MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE (DKT. NO. 46). Signed by Judge Derek T. Gilliland. (kg) (Entered: 11/26/2025) |
| 12/05/2025 | 49 | REPLY to Response to Motion, filed by Snap Inc., re 38 Motion to Dismiss for Failure to State a Claim filed by Defendant Snap Inc. (Doan, Jennifer) (Entered: 12/05/2025) |
| 12/18/2025 | 50 | Unopposed MOTION for Extension of Time to File Response/Reply as to 44 Amended MOTION to Transfer Case *Under 28 U.S.C. § 1404(a)* by AlmondNet, Inc., Intent IQ, LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Kolko, Daniel) (Entered: 12/18/2025) |
| 12/24/2025 | 51 | AFFIDAVIT in Support *of Plaintiffs' Opposition to Snap Inc.'s Motion to Transfer Venue to the Central District of California* by AlmondNet, Inc., Intent IQ, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Kolko, Daniel) (Entered: 12/24/2025) |
| 12/24/2025 | 52 | PLAINTIFFS' OPPOSITION TO SNAP INC.'S MOTION TO TRANSFER VENUE. Sealed Document filed by AlmondNet, Inc., Intent IQ, LLC pursuant to W.D. Texas SDS procedures. (slt) (Entered: 12/29/2025) |
| 12/30/2025 | 53 | Unopposed MOTION to Extend Scheduling Order Deadlines *for Snap Inc. to Serve Its Preliminary Invalidity Contentions and Production* by Snap Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Ayers, Jennifer) (Entered: 12/30/2025) |
| 12/30/2025 | 54 | Unopposed MOTION for Extension of Time to File Response/Reply as to 44 Amended MOTION to Transfer Case *Under 28 U.S.C. § 1404(a)* by Snap Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Ayers, Jennifer) (Entered: 12/30/2025) |
| 12/30/2025 | 55 | Unopposed MOTION *FOR EXTENSION OF TIME TO IDENTIFY MATERIALS THAT SHOULD REMAIN SEALED* re 52 Sealed Document by Snap Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Doan, Jennifer) (Entered: 12/30/2025) |
| 01/09/2026 | 56 | ORDER GRANTING MOTION FOR EXTENSION OF TIME 53 Motion to Extend Scheduling Order Deadlines Signed by Judge Derek T. Gilliland. (ktm) (Entered: 01/09/2026) |
| 01/09/2026 | 57 | REPLY to Response to Motion, filed by Snap Inc., re 44 Amended MOTION to Transfer Case *Under 28 U.S.C. § 1404(a)* filed by Defendant Snap Inc. (Attachments: # 1 Declaration of Jennifer Klein Ayers ISO Reply, # 2 Exhibit A, # 3 Exhibit B)(Schortgen, Steven) (Entered: 01/09/2026) |
| 01/09/2026 | Ï | Text Order MOOTING 50 Motion for Extension of Time to File Response/Reply as the response and reply have since been filed. Entered by Judge Derek T. Gilliland. (This is a text−only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 01/09/2026) |
| 01/09/2026 | Ï | Text Order MOOTING 54 Motion for Extension of Time to File Response/Reply as the response and reply have since been filed. Entered by Judge Derek T. Gilliland. (This is a text−only entry |

| | | |
|---|---|---|
| | | generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 01/09/2026) |
| 01/09/2026 | 58 | Redacted Copy *of Plaintiffs' Opposition to Snap Inc.'s Motion to Transfer Venue* of 52 Sealed Document by AlmondNet, Inc., Intent IQ, LLC. (Mirzaie, Reza) (Entered: 01/09/2026) |
| 01/12/2026 | | Text Order MOOTING 55 Motion, as the requested deadline has passed. Entered by Judge Derek T. Gilliland. (This is a text–only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 01/12/2026) |
| 01/22/2026 | 59 | Unopposed MOTION for Hearing re 38 Motion to Dismiss for Failure to State a Claim , 44 Amended MOTION to Transfer Case *Under 28 U.S.C. § 1404(a)* by Snap Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Doan, Jennifer) (Entered: 01/22/2026) |
| 01/28/2026 | | Text Order MOOTING 13 Motion to Dismiss in light of the amended complaint (Dkt. No. 32) and newly filed motion to dismiss (Dkt. No. 38). Entered by Judge Derek T. Gilliland. (This is a text–only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 01/28/2026) |
| 01/29/2026 | 60 | ORDER GRANTING MOTION AND SETTING MOTIONSHEARING HELD IN PERSON 59 Motion for Hearing Signed by Judge Derek T. Gilliland. (ktm) (Entered: 01/29/2026) |
| 01/29/2026 | | Motion Hearing: 38 Motion to Dismiss for Failure to State a Claim , 44 Amended MOTION to Transfer Case *Under 28 U.S.C. § 1404(a)*. Motion Hearing set for 4/2/2026 02:00 PM in Waco before Judge Derek T. Gilliland. (ktm) (Entered: 01/29/2026) |
| 02/19/2026 | 61 | Joint MOTION for Confidentiality/Protective Order by AlmondNet, Inc., Intent IQ, LLC. (Attachments: # 1 Exhibit A). Motions referred to Judge Derek T. Gilliland. (Kolko, Daniel) (Entered: 02/19/2026) |
| 02/20/2026 | 62 | ORDER GRANTING 61 Motion for Protective Order. Signed by Judge Derek T. Gilliland. (ktm) (Entered: 02/23/2026) |
| 03/06/2026 | 63 | Opening Claim Construction Brief by Snap Inc.. (Attachments: # 1 Declaration of Jennifer Klein Ayers ISO Defendant's Opening Claim Construction Brief, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Ayers, Jennifer) (Entered: 03/06/2026) |
| 03/24/2026 | | Notice of Correction: Previous Notice docketed in error to the wrong case. (kg) (Entered: 03/24/2026) |
| 03/24/2026 | 64 | ATTACHMENT *Corrected Exhibits to Plaintiffs' Opposition to Snap Inc.'s Motion to Transfer* to 51 Affidavit in Support, by AlmondNet, Inc., Intent IQ, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11)(Kolko, Daniel) (Entered: 03/24/2026) |
| 03/25/2026 | 65 | RESPONSE to 63 Claim Construction Brief, by AlmondNet, Inc., Intent IQ, LLC. (Attachments: # 1 Affidavit James A. Milkey, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(Milkey, James) (Entered: 03/25/2026) |
| 04/02/2026 | 66 | Minute Entry for proceedings held before Judge Derek T. Gilliland: Motion Hearing held on 4/2/2026 re 38 Motion to Dismiss for Failure to State a Claim filed by Snap Inc., 44 Amended MOTION to Transfer Case *Under 28 U.S.C. § 1404(a)* filed by Snap Inc. (Minute entry documents are not available electronically.). (Court Reporter FTR.)(ktm) (Entered: 04/02/2026) |
| 04/09/2026 | 67 | TRANSCRIPT REQUEST by Snap Inc. for proceedings held on 04/02/2026. Proceedings Transcribed: Motion Hearing. Court Reporter: FTR. (Ayers, Jennifer) (Entered: 04/09/2026) |

| 04/10/2026 | 68 | Reply Claim Construction Brief regarding 63 Claim Construction Brief, by Snap Inc.. (Attachments: # 1 Exhibit A)(Schortgen, Steven) (Entered: 04/10/2026) |
|---|---|---|
| 04/24/2026 | 69 | Transcript filed of Proceedings held on April 2, 2026, Proceedings Transcribed: Markman Hearing. Court Reporter/Transcriber: Arlinda Rodriguez, Telephone number: 512–391–8791. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 5/15/2026, Redacted Transcript Deadline set for 5/26/2026, Release of Transcript Restriction set for 7/23/2026, (Rodriguez, Arlinda) (Entered: 04/24/2026) |
| 04/24/2026 | 70 | RESPONSE *Surreply Claim Construction Brief* to 68 Claim Construction Brief by AlmondNet, Inc., Intent IQ, LLC. (Milkey, James) (Entered: 04/24/2026) |
| 04/29/2026 | 71 | Joint Claim Construction Brief or Statement by AlmondNet, Inc., Intent IQ, LLC. (Milkey, James) (Entered: 04/29/2026) |
| 05/11/2026 | 72 | REPORT AND RECOMMENDATIONS re 38 Motion to Dismiss for Failure to State a Claim filed by Snap Inc.. Signed by Judge Derek T. Gilliland. (ktm) (Entered: 05/11/2026) |
| 05/21/2026 | 73 | ORDER GRANTING DEFENDANTS AMENDED MOTION TO TRANSFER (DKT. NO. 44). Signed by Judge Derek T. Gilliland. (ktm) (Entered: 05/21/2026) |
| 05/21/2026 |  | Case Stayed. (ktm) (Entered: 05/21/2026) |
| 05/21/2026 | 74 | ORDER CANCELLINGMARKMAN HEARING HELD IN PERSON. Signed by Judge Derek T. Gilliland. (ktm) (Entered: 05/21/2026) |
| 05/27/2026 | 75 | ORDER ADOPTING REPORT AND RECOMMENDATIONS for 72 Report and Recommendations, 38 Motion to Dismiss for Failure to State a Claim filed by Snap Inc.. Signed by Judge David Counts. (ktm) (Entered: 05/28/2026) |
| 06/05/2026 | 76 | Unopposed MOTION for Extension of Time to File *UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT* by Snap Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Doan, Jennifer) (Entered: 06/05/2026) |
| 06/10/2026 |  | Text Order MOOTING 76 Motion for Extension of Time to File. All unreached deadlines in this case are STAYED until further order of this or the transferee Court lifting the stay ordered in Dkt. No. 73. Entered by Judge Derek T. Gilliland. (This is a text–only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 06/10/2026) |